**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Kelvin Kwadwo Agyei
Petitioner

                                                            CIVIL ACTION

V.

                                                            NO.  1:26-cv-11174-ADB

Antone Moniz et al
Respondents

**ORDER OF DISMISSAL**

Burroughs, D. J.

     In accordance with the Court's Electronic Order dated March 18, 2026, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.

                                                            By the Court,

April 15, 2026                                              /s/Caetlin McManus
Date                                                        Deputy Clerk